UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:09-cr-426 |
| | ) |
| UMAWA OKE IMO, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S REQUEST FOR AN EVIDENTIARY HEARING

COMES Defendant, UMAWA OKE IMO ("Imo"), by and through counsel, and respectfully requests an evidentiary hearing as follows:

I.

On August 24, 2015, the government filed a sealed motion on behalf of Imo for a sentence reduction.

It is respectfully requested that an evidentiary hearing be held regarding this motion so that undersigned counsel may argue on behalf of his client to determine the amount of said reduction.

WHEREFORE, Imo prays that his request for an evidentiary hearing be granted.

Respectfully submitted,

**LAW OFFICES OF D. CRAIG HUGHES**

/s/ D. CRAIG HUGHES
D. CRAIG HUGHES
TBN: 10211025
7322 Southwest Freeway
1 Arena Place, Suite-1100
Houston, Texas 77074
TEL - 713-535-068
FAX - 713-981-3805
Attorney for Movant
UMAWA OKE IMO

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on October 9, 2015, I attempted to telephonically confer with Assistant U. S. Attorney Robert S. Johnson regarding the government's position on the above and foregoing Defendant's Request for an Evidentiary Hearing, but I was unable to reach him. I left him a voicemail on his message system as to the above. However, I have not had a return call prior to the filing of this pleading. Therefore, the government's position on this motion is unknown at this time.

      /s/ D. CRAIG HUGHES
      D. CRAIG HUGHES

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2015, I electronically filed the above and foregoing Defendant's Request for an Evidentiary Hearing, which was electronically served on Assistant U. S. Attorney Robert S. Johnson at his email address of record.

      /s/ D. CRAIG HUGHES
      D. CRAIG HUGHES