UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:09-cr-426 |
| | ) |
| UMAWA OKE IMO, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER FOR DEFENDANT'S REQUEST FOR AN EVIDENTIARY HEARING**

On this day came to be considered by the Court Defendant's Request for an Evidentiary Hearing. After reviewing and considering the government previously filed motion and defendant's request, the Court is of the opinion that said request should be GRANTED/ DENIED.

It is there ORDERED that an evidentiary hearing will be held in the above matter on _____ _____, 2015, at _____ a.m./pm.

Signed this ____ day of October, 2015.

_____
HON. MELINDA HARMON
United States District Judge