UMAWA O.IMO
REG.#99155-179
FEDERAL DETENTION CENTER
1200 TEXAS AVENUE
HOUSTON,TX.77002

DATE:DEC.21ST,2015



HON.JUDGE MELINDA HERMON
515 RUST
HOUTON,TX.77002

YOUR HONOR,

       PRO SE REQUEST TO REINSTATE/REOPEN WRIT(MOTION TO
       VACATE OR SET ASIDE SENTENCE- 2255)
       FILED ON 05/04/2015-CASE#4:15-CV-01827
------------------------------------------------------------

I AM WRITHING THIS PRO SE MOTION DUE TO THE FACT THAT I DO NOT
HAVE LEGAL REPRESNTATION AT THIS MOMENT AND SPECIFICALLY FOR THE
PURPOSE OF THIS FORMAL REQUEST.
THE PURPOSE OF THIS MOTION IS TO HUMBLY REQUEST THAT THE COURT
RE-INSTATE THE ABOVE MENTIONED WRIT (2255) .
I BELIEVE MY ATTORNEY OF RECORD,MR.CRAIG M.HUGHES HAD FILED A
MOTION TO WITHDRAW THE PENDING (2255) WRIT.THIS IS BECAUSE HE
FELT THAT THE PENDING WRIT WOULD CONFLICT AND INTERFERE WITH THE
PROCEEDINGS OF THE RULE (35)B MOTION FILED ON MY BEHALF BY THE
GOVERNMENT.
WHEN I REALIZED THAT THIS MOTION (2255) DID NOT POSE ANY
HINDERANCE TO THE PROCEEDINGS OF THE PENDING RULE (35)B MOTION
THAT WAS FILED ON MY BEHALF.I IMMEDIATELY SENT HIM AN E-MAIL ON
THE 14TH OF OCTOBER,2015 AND ASKED HIM TO SUSPEND ACTION ON THE
WITHDRAWL OF THE MOTION (2255).
PLEASE SEE ATTCHED E-MAIL.HOWEVER,I DID NOT HEAR BACK FROM HIM
AND I BELIEVE HE FILED THIS WITHDRAWL MOTION AROUND THAT PERIOD.
IF I HAD KNOWN THAT THERE WAS NO CONFLICT BETWEEN THESE TWO
MOTIONS,I WOULD NOT HAVE CONSENTED TO THE IDEA OF WITHDRAWING
THE MOTION IN THE FIRST PLACE.
I THEREFORE REQUEST THAT THE COURT GRANT THIS REQUEST AND REOPEN
MY MOTION (2255) THAT WAS ALREADY FILED WITH THE COURT.
THANKS IN ANTICIPATION OF A FAVOURABLE CONSIDERATION OF
THIS REQUEST.

SINCERELY
/s/ Umawa O. Imo  Dec.21st/15
UMAWA O.IMO
REG.#99155-179

TRULINCS 99155179 - IMO, UMAWA OKE - Unit: HOU-D-W

---

FROM: 99155179
TO: Coscarelli, Craig M; Hughes, D Craig; Imo, Ikeogu
SUBJECT: Re: Withdrawal of motion (2255).
DATE: 10/14/2015 09:37:59 PM

Dear Mr. Hughes,
I am writing to inform you that I want you to suspend action on filing the motion to withdraw the motion (2255) that we have in process.
This decision is based on some issues I will want us to discuss first before we can proceed with that withdrawal process.
I hope, I can see you as soon as possible so we can discuss these issues. Thanks for your kind consideration and understanding.
Chief Imo, Umawa.